## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Stephen Gary McGoffin
Durio, McGoffin, Stagg
P. O. Box 51308
Lafayette LA 70505

**REHEARING ACTION: November 24, 2010**

**Docket Number: 09   01509-CA**

**RICHARD BENTLEY**
**VERSUS**
**BOBBY FANGUY**

**Appealed from St. Martin Parish Case No. 69461**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Marc T. Amy**
**Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bobby Fanguy** has this day been

**DENIED.**

cc: Ed W. Bankston, Counsel for the Appellant